Moellering Constr. Co. *v.* Koehl, Admx.—85 Ind. App. 699.

*Jackson & Hinchman* and *Charles L. Tindall,* for appellant.
*J. Fred Masters,* for appellees.
PER CURIAM.—Judgment affirmed.

#### ON PETITION FOR REHEARING.

PER CURIAM.—The appellants rely for a reversal of this case upon the case of *Coleman* v. *Callon* (1916), 184 Ind. 204, 110 N. E. 979, but a reading of that case shows that it is not controlling. In that case, each of the contending parties was a creditor of the Independent Envelope Company, the corporation alleged to be insolvent, while in the instant case, the appellant was not, so far as this record discloses, claiming any such rights; the only rights he was attempting to assert were such as a stockholder might have, and those rights could in no way be prejudiced by the action of the court of which complaint is made.
Petition denied.

---

### HINCKLE *v.* FAWVER ET AL.

[No. 12,087.   Filed July 3, 1926.]

From Lake Circuit Court; *E. Miles Norton,* Judge.

Action between Luther C. Hinckle and John H. Fawver and another.   From the judgment rendered, the former appeals.   *Affirmed.*   By the court in banc.

*Cassius C. Shirley, Larz A. Whitcomb, Samuel Dowden* and *Pattee & Johnson,* for appellant.
*Otto J. Bruce, Foster Bruce* and *Edward P. Harney,* for appellees.
PER CURIAM.—Judgment affirmed.

---

### MOELLERING CONSTRUCTION COMPANY *v.* KOEHL, ADMINISTRATRIX.

[No. 12,725.   Filed July 3, 1926.]

From Allen Superior Court; *Charles J. Ryan,* Judge.

Action between the Moellering Construction Company and Clara Koehl, administratrix.   From the judgment rendered, the former appeals.   *Affirmed.*   By the court in banc.

*Elmer E. Stevenson, James M. Barrett, James M. Barrett, Jr., R. Earl Peters* and *Phil M. McNagny,* for appellant.
*Hartzell & Todd,* for appellee.
PER CURIAM.—Judgment affirmed.